UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL TATE, | |
| Plaintiff, | Case No.: 4:18-cv-02495 |
| v. | Honorable Judge Lee H. Rosenthal |
| EXPERT GLOBAL SOLUTIONS, INC. d/b/a NCO FINANCIAL SYSTEMS, INC. a/k/a NCO GROUP, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, MICHAEL TATE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, EXPERT GLOBAL SOLUTIONS, INC. d/b/a NCO FINANCIAL SYSTEMS, INC. a/k/a NCO GROUP, INC., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 28, 2018

Respectfully Submitted,

*s/ Omar T. Sulaiman*
Omar T. Sulaiman, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Lombard, Illinois 60148
(630) 575-8181 x108 (phone)
(630) 575-8188 (fax)
osulaiman@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman