IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL TATE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-2495 |
| | § | |
| EXPERT GLOBAL SOLUTIONS, d/b/a | § | |
| NCO FINANCIAL SYSTEMS, INC. a/k/a | § | |
| NCO GROUP. INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 10), this action is dismissed without prejudice.

SIGNED on August 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge